# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ANTONIO M. LING,**

       **Petitioner,**

**v.**                               **Case No. 4:12cv649-MW/CAS**

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**

       **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's second amended § 2254 petition, ECF No. 9, is **DENIED**. Leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on December 7, 2015.**

                               **s/Mark E. Walker**_____
                               **United States District Judge**